UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS LAY,

        Plaintiff,

                                            Case No. 1:10-cv-83

v.

                                            HONORABLE PAUL L. MALONEY

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and
GROUP LONG TERM DISABILITY
PLAN FOR EMPLOYEES OF
CME CORPORATION,

        Defendants.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure

statement that (1) identifies any parent corporation and any publicly held corporation owning

10% or more of its stock; or (2) states that there is no such corporation. A review of the docket

for this case has revealed that defendants Hartford Life and Accident Insurance Company and

Group Long Term Disability Plan for Employees of CME Corporation have not filed the

requisite disclosure.

IT IS HEREBY ORDERED that defendants Hartford Life and Accident Insurance

Company and Group Long Term Disability Plan for Employees of CME Corporation shall file a

corporate disclosure statement within seven (7) days of the date of this order.


Date:                                      /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge